■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYLER TYSON, Appellant. [39 NYS3d 785]—Judgment, Supreme Court, New York County (Eduardo Padró, J.), rendered March 8, 2013, as amended April 17, 2013, convicting defendant, upon her plea of guilty, of assault in the first degree, and sentencing her, as a juvenile offender, to a term of 2¹/₂ to 7¹/₂ years, unanimously affirmed.

The court properly exercised its discretion in denying youthful offender treatment (*see generally People v Drayton*, 39 NY2d 580 [1976]), given the heinousness of the crime, defendant's failure to comply with the conditions of her plea, and her involvement in additional violent crimes for which a Bronx indictment was pending at the time of sentencing on this case.

We perceive no basis for reducing the sentence. Concur—Friedman, J.P., Renwick, Feinman, Gische and Kapnick, JJ.